UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JENNIFER WATSON and LEE OSSINO, as Individuals and as the Natural Guardians and Guardians ad litem of J.O., a Minor,<br><br>Plaintiffs,<br><br>vs.<br><br>FRANKLIN COUNTY BOARD OF EDUCATION<br><br>Defendant. | Case No. 5:23-cv-243-D-BM<br><br><br><u>ORDER TO FILE UNDER SEAL EX. 1-3 TO JOINT MOTION FOR APPROVAL OF SETTLEMENT WITH A MINOR PLAINTIFF</u> |

THIS matter comes before the Court on the Consent Motion to Seal Exhibits 1-3 to the Joint Motion for Approval of Settlement With a Minor Plaintiff [D.E. 33]. After reviewing the Motion, the sealed documents, and the supporting Brief [D.E. 34], the Court finds that good cause has been shown for the granting of this motion.

IT IS THEREFORE ORDERED that the Motion to Seal is GRANTED and that Exhibits 1-3 to the Joint Motion for Approval of Settlement With a Minor Plaintiff shall be SEALED until further order of this Court.

SO ORDERED. This the 28 day of October, 2024.

JAMES C. DEVER III
United States District Judge